# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC11 | E 1623097 | Marin | m5970 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 07/15/2022 0144 | NCGS 20-138.1 |

Place of Offense

Yadkin Gate / Yadkin Rd

Offense Description: Factual Basis for Charge  HAZMAT ☐

Impaired Driving (.17% Ac)

SPC/ C Co 1-325 AIR

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Ryan | Killian | M |

| City | State | Zip Code |
|---|---|---|
| Eugene | OR | 97405 |

---

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

MC

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
$30 Processing Fee
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 301 Green St | 27 July 22 |
| | Time |
| | 0800 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature   X [signature]

Original - CVB Copy

*E1623097*

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 15 July, 20 22 while exercising my duties as a law enforcement officer in the Eastern District of NC.

At 0144 hrs, 15 Jul 22, ACP Guard Bryant while conducting Access Control Operations at ACP 4 (Yadkin Gate) Yadkin Rd., inspected a 1999 Chevrolet Silverado, OR-567-MGT, operated by Ryan. Upon approach of the vehicle, ACP Guard Bryant detected an odor of alcohol emitting from Ryan's person. 5-3 Marin responded to the gate and upon approach of Ryan's vehicle detected an odor of alcohol emitting from Ryan's person. Standardized Field Sobriety Tests were conducted, which warranted further action. Ryan was apprehended, transported to the Fort Bragg Law Enforcement Center, administered an Intox EC/IR II test, resulting in .17% AC. Ryan was issued one citation with his mandatory court appearance at 0800 hrs, 37 Jul 21. Ryan was also issued a one year Suspension of Post Driving Privileges Memorandum, further processed and was released to CPT Herrera, his unit Commander on a DD FM 2708.

The foregoing statement is based upon:

☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/15/2022
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident