# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NOTICE

- Your initial appearance before the United States Magistrate Judge is on:

   Date: 07/27/2022     Time: 0800    A.M.

- The courtroom is located on the third floor of the United States Courthouse and Federal Building (Post Office Building) at 301 Green Street in Fayetteville, North Carolina.
- Cell Phones are prohibited in the Federal Building.
- A Picture ID is required for entrance.
- Notify and changes of address to the Clerk's office immediately at: NCED-Fayetteville-Duty@nced.uscourts.gov

**Warning: If you fail to make your initial appeared before the United States Magistrate Judge, a warrant for your arrest may be issued**

Name: Killian M Ryan     Date: 07/15/2022

Signature: [signature]