UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
JUL 27 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

CASE NO: 5:22-MJ-01685

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| Killian M. Ryan ) | |
| ~~RYAN M. KILLIAN~~ ) | |
| ) | |

The United States Attorney charges:

## COUNT ONE

THAT, on or about July 15, 2022, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, Killian M. Ryan ~~RYAN M. KILLIAN~~, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that he had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

## COUNT TWO

THAT, on or about July 15, 2022, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, Killian M. Ryan ~~RYAN M. KILLIAN~~, did operate a motor vehicle upon a street, highway, or public vehicular area without due caution and circumspection in a manner so as to endanger any person or property,

in violation of Title 18, United States Code Section 13, assimilating North Carolina General Statute 20-140(b).

MICHAEL F. EASLEY, JR.
UNITED STATES ATTORNEY

BY: _____
JOHN F. KIRK IV
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28310-5000
(910) 396-1221/1222